E-FILED
Friday, 03 September, 2004  03:30:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD TOMIC, | ) |
|         Plaintiff, | ) |
| v. | ) CASE NO. 04-1184 |
| CATHOLIC DIOCESE OF PEORIA, a<br>    Religious Corporation | ) |
|         Defendant. | ) |

## MOTION FOR LEAVE TO FILE REPLY

NOW COMES the defendant, THE CATHOLIC DIOCESE OF PEORIA, ILLINOIS, by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, Defendant requests leave of this court to file a Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss, *instanter*, a copy of which is attached hereto. A Reply is necessary to address the issue Plaintiff raises regarding the detailed wording of a job description rather than fact that his position helped create the worship service.

CATHOLIC DIOCESE OF PEORIA, Defendant

By: _____
HEYL, ROYSTER, VOELKER & ALLEN
Timothy L. Bertschy- #199931; Joseph G. Feehan- #6198977; Debra L. Stegall- #6206488

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the forgoing Defendant's Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system and have mailed, postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 3rd day of September 2004, to the following non-CM/ECF participant.

Stephen J. Thomas  
JACKSON THOMAS LLP  
416 Main Street, Suite 717  
Peoria, IL 61602  
(309) 637-8888 (phone)  
(309) 637-8838 (fax)

_____  
Debra L. Stegall #6206488  
Heyl, Royster, Voelker & Allen  
124 S. W. Adams, Suite 600  
Peoria, IL 61602  
Phone (309) 676-0400  
Fax (309) 676-3374  
dstegall@hrva.com

P1998PMI 002

HEYL ROYSTER VOELKER & ALLEN

Suite 600  
124 S.W. Adams Street  
Peoria, IL 61602-1352  
Fax (309) 676-3374  
(309) 676-0400

2