**E-FILED**
Friday, 03 September, 2004  03:31:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RICHARD TOMIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 04-1184 |
| | ) | |
| CATHOLIC DIOCESE OF PEORIA, a | ) | |
| Religious Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REPLY TO PLAINITFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

NOW COMES the defendant, THE CATHOLIC DIOCESE OF PEORIA, ILLINOIS, by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for its Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss, states the following:

**1. Introduction**

Defendant does not believe it is above the law, but rather believes it is afforded the exception to Title VII discrimination actions as provided by the law.

**2. Argument**

A.  **First Amendment**

While the ability to terminate Plaintiff without interference by the court in a Title VII action has been questioned, the Seventh Circuit concurred with the Fourth Circuit when it stated as follows in *Alicea-Hernandez v. Catholic Bishop of Chicago*, 320 F.3d 968, 703 (7th Cir. 2003):

> "While an unfettered church choice may create minimal infidelity to the objectives of Title VII, it provides maximum protection of the First Amendment right to free exercise of religious beliefs.". *Rayburn v. Gen'l Conference of Seventh-day Adventists*, 772 F.2d 1164, 1169 (1985).

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

As previously stated, the court in *EEOC v. Roman Catholic Bishop of Raleigh*, 213 F.3d 795 (4th Cir. 2000) determined that a music director position has functions that:

> "are bound up in the selection, presentation, and teaching of music, which is an integral part of Catholic worship and belief. The Free Exercise Clause therefore bars consideration of the instant employment discrimination claims. To hold otherwise would require us to say that music is substantially devoid of spiritual significance in the life of the church..." *Id.* at 802.

The Fourth Circuit further held:

> "[Music] serves a unique function in worship by virtue of its capacity to uplift the spirit and manifest the relationship between the individual or congregation and the Almighty." *Id.*

Plaintiff's job as music director was exactly the type of position which falls within the ministerial exception. The argument that Plaintiff's job description does not contain the detailed wording as the job description of the "Director of Music Ministries" in *EEOC v. Roman Catholic Bishop of Raleigh* does not make it any less of an ecclesiastical or religious position.

Further, the job duties performed by Tomic addressed the religious needs of the faithful and were activities traditionally considered ecclesiastical or religious in nature. Plaintiff attempts to distinguish his job descriptions to avoid the ministerial exception by comparing it to how a similar position was described in *EEOC v. Roman Catholic Bishop of Raleigh*. However, Plaintiff's own job description establishes that he was responsible for preparing music for all parish masses and liturgies in consultation with the Rector/Pastor, as well as recruiting and training choir members and cantors. Plaintiff was responsible for preparing the cantor and choir. He was also expected to prepare liturgical

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

aids, assist the Office in preparing and celebrating diocesan liturgies, and to submit songs. These responsibilities directly impact the congregation and provide an important part of the worship services. Plaintiff's job duties were clearly of ecclesiastical and religious nature and, therefore, the ministerial exception to Title VII actions must apply.

Accordingly, Plaintiff's Complaint should be dismissed with prejudice .

                                 CATHOLIC DIOCESE OF PEORIA, Defendant

                                 By:_____
                                 HEYL, ROYSTER, VOELKER & ALLEN
                                 Timothy L. Bertschy- #199931; Joseph G. Feehan- #6198977; Debra L. Stegall- #6206488

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the forgoing Defendant's Reply to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system and have mailed, postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 3rd day of September 2004, to the following non-CM/ECF participant.

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL  61602
(309) 637-8888 (phone)
(309) 637-8838 (fax)

                                    /s/ D.L. Stegall
Debra L. Stegall #6206488
Heyl, Royster, Voelker & Allen
124 S. W. Adams, Suite 600
Peoria, IL 61602
Phone (309) 676-0400
Fax (309) 676-3374
dstegall@hrva.com

P1998PMI 002

