UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD TOMIC, ) | CASE NO: 04-1184 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CATHOLIC DIOCESE OF PEORIA, A ) | |
| Religious Corporation, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## AGREED DISCOVERY PLAN

The parties, by their attorneys, pursuant to *Fed. R. Civ. Proc. Rule 26(f)* and *Local Rule 26.2(3)* conducted a planning meeting on November 8, 2004, and agreed upon the following discovery deadlines:

1.  **Pre Discovery Disclosures**.  The parties propose exchanging information required by *Fed. R. Civ. Proc. 26(a)(1)* within 30 days, but no later than December 15, 2004.

2.  **Joinder of Additional Parties.**  The parties jointly propose that any joinder of additional parties will be effectuated by January 15, 2005.

3.  **Amendment of the Pleadings.**  The parties propose that any amendment of pleadings be completed by January 15, 2005.

4.  **Discovery Plan.**  The discovery plan:

Discovery will be needed on all subjects alleged in the Complaint.

Plaintiff's experts should be declared and their reports disclosed by March 15, 2005.

Defendant's experts should be declared and their reports disclosed by May 1, 2005.

Any expert depositions should be completed by June 15, 2005.

All discovery should be completed by September 1, 2005.

A maximum of 30 written interrogatories by each party to another, responses due 30 days after service.

At this time the parties do not anticipate other alterations to the limitations on discovery imposed by the Federal or Local Rules.

At this time the parties do not anticipate a need for the entry of protective orders, however, if such need arises, the parties will promptly notify the Court. In the event that this matter requires the disclosure of defendant's confidential information, the parties consent to the entry of a protective order to be negotiated at that time.

6. **Dispositive Motions.** All dispositive motions will be filed by October 1, 2005.

7. **Other Items.** Settlement discussions have not taken place. The parties are planning to discuss settlement in the near future.

8. **Trial.** The parties anticipate being ready for trial by January 1, 2006.

Respectfully submitted,

//S//

_____
Stephen J. Thomas
JACKSON THOMAS LLP
for Plaintiff Richard Tomic

//S//

_____
Timothy L. Bertschy
HEYL, ROYSTER, VOELKER & ALLEN
for Defendant Catholic Diocese of Peoria, A Religious Corporation

Dated: November 8, 2004

JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL 61602
tel:    309.637.8888
fax:    309-637-8838