# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Richard Tomic**

vs.                                                         Case Number: **04-1184**

**Catholic Diocese of Peoria, A Religious Corporation**

☐ **DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant and against the Plaintiff, plus costs of suit.

ENTER this 17th day of November, 2004

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY: DEPUTY CLERK

04-1184.wpd