E-FILED
Tuesday, 14 December, 2004 11:37:55 AM
Clerk, U.S. District Court, ILCD

APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD TOMIC, | ) | APPEAL NO: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | USDC Case No. 04-1184 |
| v. | ) | |
| | ) | TRIAL COURT |
| | ) | Hon. Michael M. Mihm |
| CATHOLIC DIOCESE OF PEORIA, A | ) | |
| Religious Corporation, | ) | DATE OF JUDGMENT: 11/16/2004 |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, RICHARD TOMIC, through his attorney, STEPHEN J. THOMAS, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Order and Judgment of this Court entered in the above-captioned proceedings on November 17, 2004. True and correct copies of the Order and Judgment appealed from are attached hereto as Exhibits A and B, respectively, and incorporated by reference at this point.

Plaintiff-Appellant requests that the Order and Judgment be reversed, and the above-entitled cause be remanded to the United States District Court for further proceedings.

//

//

//

//

//

          Respectfully submitted,

          RICHARD TOMIC, Plaintiff

          By:    s/Stephen J. Thomas
          STEPHEN J. THOMAS Attorney Bar Number 6227179
          Attorney for Richard Tomic
          JACKSON THOMAS LLP
          416 Main Street, Suite 717
          Peoria, IL 61602
          Telephone: 309-637-8888
          Fax: 309-637-8838
          Email: sjt@corporatefirm.com

Dated: December 14, 2004

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL 61602
Telephone: 309-637-8888
Fax: 309-637-8838

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing *Notice of Appeal* upon the following attorney(s) of record, by depositing a copy of same enclosed in envelope(s) addressed as follows:

> Timothy L. Bertschy, Esq.
> HEYL, ROYSTER, VOELKER & ALLEN
> 124 S. W. Adams Street, Suite 600
> Peoria, IL 61602-1352

with first-class postage fully prepaid in the United States Mail at Peoria, Illinois, on the 14th day of December, 2004.

> By:   s/Stephen J. Thomas
> STEPHEN J. THOMAS Attorney Bar Number 6227179
> Attorney for Richard Tomic
> JACKSON THOMAS LLP
> 416 Main Street, Suite 717
> Peoria, IL 61602
> Telephone: 309-637-8888
> Fax: 309-637-8838
> Email: sjt@corporatefirm.com

Dated: December 14, 2004

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL 61602
Phone: 309.637.8888
Fax:    309.637.8838