APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD TOMIC, | ) | APPEAL NO: |
| | ) | |
| Plaintiff, | ) | |
| | ) | USDC Case No. 04-1184 |
| v. | ) | |
| | ) | TRIAL COURT |
| | ) | Hon. Michael M. Mihm |
| CATHOLIC DIOCESE OF PEORIA, A | ) | |
| Religious Corporation, | ) | |
| | ) | DATE OF JUDGMENT: 11/16/2004 |
| Defendant. | ) | |

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

**Jurisdictional Statement.**

A.  Statement of Jurisdiction for the United States District Court.

　　Jurisdiction of the Court was invoked pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, 29 U.S.C. §621, et seq. (the "ADEA"), 28 U.S.C. §§ 1331 and 1343.  On December 26, 2003, Plaintiff-Appellant filed his administrative claims with the Equal Employment Opportunity Commission and received a Notice of Right to Sue on May 7, 2004, thereby fulfilling the administrative prerequisite under Title VII.  Jurisdiction was not disputed.

B.  Statement of Jurisdiction for the United States Court of Appeals.

　　The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. § 1291, 28 U.S.C. § 2106, and U.S.C. 2107(b) in that this is an appeal from a final decision of the United States District Court for the Central District of Illinois to reverse the final Order and Judgment of the District Court granting defendant's Motion to Dismiss Count I of the

1

Complaint for Age Discrimination, and dismissing the pendant State claims in Counts II and III, all with prejudice and without leave to amend.

  (i)  The date of entry of the final order and judgment sought to be reviewed is November 17, 2004.

  (ii)  Appellant did not file a motion for alteration of the judgment.

  (iii)  Not applicable.

  (iv)  The notice of Appeal was filed on December 14, 2004.

  (v)  This is not a direct appeal from the decision of a Magistrate.

    Respectfully submitted,

    RICHARD TOMIC, Plaintiff-Appellant

    By:  s/Stephen J. Thomas
    STEPHEN J. THOMAS Attorney Bar Number 6227179
    Attorney for Richard Tomic
    JACKSON THOMAS LLP
    416 Main Street, Suite 717
    Peoria, IL 61602
    Telephone: 309-637-8888
    Fax: 309-637-8838
    Email: sjt@corporatefirm.com

Dated: December 14, 2004

**PROOF OF SERVICE**

I hereby certify that I served the foregoing *Circuit Rule 3(c) Docketing Statement* upon the following attorney(s) of record, by depositing a copy of same enclosed in envelope(s) addressed as follows:

> Timothy L. Bertschy, Esq.
> HEYL, ROYSTER, VOELKER & ALLEN
> 124 S. W. Adams Street, Suite 600
> Peoria, IL 61602-1352

with first-class postage fully prepaid in the United States Mail at Peoria, Illinois, on the 14th day of December, 2004.

> By:    s/Stephen J. Thomas
> STEPHEN J. THOMAS Attorney Bar Number 6227179
> Attorney for Richard Tomic
> JACKSON THOMAS LLP
> 416 Main Street, Suite 717
> Peoria, IL 61602
> Telephone: 309-637-8888
> Fax: 309-637-8838
> Email: sjt@corporatefirm.com

Dated: December 14, 2004

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL 61602
Phone: 309.637.8888
Fax:    309.637.8838