E-FILED
Tuesday, 14 December, 2004  11:52:26 AM
Clerk, U.S. District Court, ILCD

APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD TOMIC, | ) | APPEAL NO: |
| | ) | |
| Plaintiff, | ) | |
| | ) | USDC Case No. 04-1184 |
| v. | ) | |
| | ) | TRIAL COURT |
| | ) | Hon. Michael M. Mihm |
| CATHOLIC DIOCESE OF PEORIA, A | ) | |
| Religious Corporation, | ) | DATE OF JUDGMENT: 11/16/2004 |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW RECORD

NOW COMES Plaintiff-Appellant, RICHARD TOMIC, by and through his attorney, STEPHEN J. THOMAS, and pursuant to Federal Rules of Appellate Procedure 11 and Circuit Rule 11, requests the Court to allow Plaintiff-Appellant to withdraw the record to prepare his brief.

WHEREFORE, Plaintiff-Appellant prays for an Order of the Court allowing him to withdraw the record.

                Respectfully submitted,
                RICHARD TOMIC, Plaintiff-Appellant


                By:    s/Stephen J. Thomas
                STEPHEN J. THOMAS Attorney Bar Number 6227179
                Attorney for Richard Tomic
                JACKSON THOMAS LLP
                416 Main Street, Suite 717
                Peoria, IL 61602
                Telephone: 309-637-8888
                Fax: 309-637-8838
                Email: sjt@corporatefirm.com

Dated: December 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *Motion to Withdraw Record* upon the following attorney(s) of record, by depositing a copy of same enclosed in envelope(s) addressed as follows:

> Timothy L. Bertschy, Esq.
> HEYL, ROYSTER, VOELKER & ALLEN
> 124 S. W. Adams Street, Suite 600
> Peoria, IL 61602-1352

with first-class postage fully prepaid in the United States Mail at Peoria, Illinois, on the 14th day of December, 2004.

>                                By:    s/Stephen J. Thomas
>                                STEPHEN J. THOMAS Attorney Bar Number 6227179
>                                Attorney for Richard Tomic
>                                JACKSON THOMAS LLP
>                                416 Main Street, Suite 717
>                                Peoria, IL 61602
>                                Telephone: 309-637-8888
>                                Fax: 309-637-8838
>                                Email: sjt@corporatefirm.com

Dated: December 14, 2004

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL 61602
Phone: 309.637.8888
Fax:    309.637.8838