## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 04-1184

Division: Peoria

***Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)***

Richard Tomic          v.          Catholic Diocese of Peoria

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Stephen J. Thomas                    Name: Timothy L. Bertschy

Firm: THOMAS GROUP                         Firm: HEYL ROYSTER VOELKER & ALLEN

Address: Suite 717, 416 Main St.           Address: Suite 600, 124 SW Adams St

Peoria, IL  61602                          Peoria, IL  61602

Phone: 309-637-8888                        Phone: 309-676-0400

---

Judge: Michael M. Mihm                     Nature of Suit Code:  442

Court Reporter: Karen Hanna                Date Filed in District Court:  06/11/2004

                                           Date of Judgment: 11/17/2004

                                           Date of Notice of Appeal: 12/14/2004

Counsel:   ___Appointed      _X_Retained   ___Pro Se

Fee Status:   _X_Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      _X_Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**