E-FILED
Wednesday, 22 December, 2004 04:09:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

**FILED**

**DEC 2 2 2004**

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   04-4219            Docketed on: 12/17/04
Short Caption:         Tomic, Richard v. Catholic Diocese Peo
District Court Judge:  Michael M. Mihm
District Court No.:    04 C 1184

If you have any questions regarding this appeal, please call this office.

(1003-012490)