

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 28, 2004

Stephen J. Thomas
THOMAS GROUP
Suite 717
416 Main St
Peoria, IL  61602

Re: Tomic v. Catholic Diocese of Peoria

Dear Mr. Thomas:

Enclosed please find the Appeal Record for the above captioned case consisting of:

　　　1　　　volumes of pleadings

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

　s/ John M. Waters　

enc.

This is to acknowledge receipt of the appeal Record on ＿＿＿＿＿＿＿.

　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿．



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 28, 2004

Stephen J. Thomas
THOMAS GROUP
Suite 717
416 Main St
Peoria, IL  61602

Re: Tomic v. Catholic Diocese of Peoria

Dear Mr. Thomas:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    ___1___ volumes of pleadings

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

   s/ John M. Waters

enc.

This is to acknowledge receipt of the appeal Record on _____.

                              _____.