IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD TOMIC, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | Law No. 04 C 1184 |
| ) | |
| CATHOLIC DIOCESE OF PEORIA, ) | |
| a Religious Corporation, ) | |
| ) | |
| Defendant-Appellee. ) | |

## MOTION TO WITHDRAW RECORD ON APPEAL

NOW COMES the defendant, CATHOLIC DIOCESE OF PEORIA, by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for its Motion to Withdraw Record on Appeal, states the following:

1. This case is now before the 7th Circuit Court of Appeals, bearing Appeal No. 04-4219. Counsel for the Defendant-Appellee requires the Record on Appeal in order to prepare the Appellee's Brief.

WHEREFORE, Defendant-Appellee, CATHOLIC DIOCESE OF PEORIA, respectfully requests that this Motion to Withdraw Record on Appeal be granted.

CATHOLIC DIOCESE OF PEORIA, Defendant

By: _____/s/ Craig L. Unrath_____
HEYL, ROYSTER, VOELKER & ALLEN
Craig L. Unrath
#6207905

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**PROOF OF SERVICE**

The undersigned certifies that a copy of the forgoing Defendant's Motion to Withdraw Record on Appeal was electronically filed with the Clerk of the Court using the CM/ECF system and have mailed, postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 15th day of June, 2005, to the following non-CM/ECF participant.

Stephen J. Thomas
JACKSON THOMAS LLP
416 Main Street, Suite 717
Peoria, IL  61602

                                        /s/ Craig L. Unrath
                                        Craig L. Unrath

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| RICHARD TOMIC, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| vs. | )   Law No. 04 C 1184 |
| | ) |
| CATHOLIC DIOCESE OF PEORIA, | ) |
| a Religious Corporation, | ) |
| | ) |
| Defendant-Appellee. | ) |

## ORDER

The Motion to Withdraw Record on Appeal is hereby:

_____ granted.

_____ denied.

_____
JUDGE

G:\98\P1998\Appeal\P1998ACD 005 Mot Withdraw Rec 06 15 05.wpd

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400