



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

                             RE: TOMIC v. Catholic Diocese
                             D. C. Docket No. 04-1184
                             U. S. C. A. Docket No. 04-4219

Dear Mr. Agnello:

      I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1- Volumes of Pleadings

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

   Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                             Very truly yours,

                             JOHN M. WATERS, CLERK


                             BY: s/H. Kallister
                                 Deputy Clerk



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: TOMIC v. Catholic Diocese
D. C. Docket No. 04-1184
U. S. C. A. Docket No. 04-4219

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1- Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY: s/H. Kallister
Deputy Clerk



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: TOMIC v. Catholic Diocese
D. C. Docket No. 04-1184
U. S. C. A. Docket No. 04-4219

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

  1- Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

  Impounded Exhibits:

 Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY: s/H. Kallister
Deputy Clerk



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: TOMIC v. Catholic Diocese
D. C. Docket No. 04-1184
U. S. C. A. Docket No. 04-4219

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

  1- Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

  Impounded Exhibits:

 Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                Very truly yours,

                JOHN M. WATERS, CLERK


                BY: s/H. Kallister
                    Deputy Clerk