**04-4219**

**E-FILED**
Thursday, 23 June, 2005 01:15:22 PM
Clerk, U.S. District Court, ILCD

**FILED**
JUN 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



JOHN M. WATERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A.—7th Circuit
**RECEIVED**
JUN 2 0 2005  DW
GINO J. AGNELLO
CLERK

RE: TOMIC v. Catholic Diocese
D. C. Docket No. 04-1184
U. S. C. A. Docket No. 04-4219

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1- Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
**FILED**
JUN 2 0 2005  DW
GINO J. AGNELLO
CLERK
DOC. # 1812598

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/H. Kallister
Deputy Clerk

**ON AIMS**

JUN 2 0 2005

**DW**