**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
ELAINE MASSOCK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
RICHARD P. KLAUS
DEBRA L. STEGALL
CRAIG L. UNRATH
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
BRENT A. SWANSON
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
JANE M. BOARDMAN
CHARLES E. TIMMERWILKE
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
TOBIN J. TAYLOR
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
JILL L. ROGERS-MANNING
MATTHEW R. BOOKER
THOMAS J. DLUSKI
TIMOTHY A. MULDOWNEY
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
CANDACE BRUGGER SPOMAR
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
KYLE T. GRAY
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
ROXANNE M. SOSNOWSKI
MONICA H. SHOLAR
TIMOTHY D. DENNY
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE

E-FILED
Tuesday, 05 July, 2005  04:03:00 PM
Clerk, U.S. District Court, ILCD

FILED
JUL - 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

June 30, 2005

Mr. John M. Waters
Central District Court of Illinois, Peoria Division
309 Federal Building
100 NE Monroe
Peoria, IL  61602

IN RE:    Our File No.:  06950-P1998
          Case No.:      04-1184
          *Richard Tomic v. Catholic Diocese of Peoria*

Dear Mr. Waters:

Please find enclosed the Record on Appeal.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By:
Craig L. Unrath
cunrath@hrva.com
CLU/dkn
Enc:   As indicated
G:\98\P1998\Appeal\P1998ACL 005 return ROA.wpd