# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:     April 26, 2006

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          Room 309
          100 N.E. Monroe Street
          Peoria, IL  61602

**FILED**

AP̄ 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:     Gino J. Agnello, Clerk

RE:       04-4219
          Tomic, Richard v. Catholic Diocese Peo
          04 C 1184, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:       Counsel of record
    [ ]    United States Marshal
    [ ]    United States Probation Office

**NOTE TO COUNSEL:**
    If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

    Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____      _____
(1071-120397)                              Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

Date: April 4, 2006

BEFORE:  Honorable RICHARD A. POSNER, Circuit Judge

Honorable MICHAEL S. KANNE, Circuit Judge

Honorable DIANE S. SYKES, Circuit Judge

No. 04-4219

RICHARD TOMIC,
        Plaintiff - Appellant

v.

CATHOLIC DIOCESE OF PEORIA, a Religious Corporation,
        Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois, 100 N.E. Monroe Street
No. 04 C 1184, Michael M. Mihm, Judge

    The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1061-110393)